In Re: Seidel v. Bhai et al
Case No. 18−32801−sgj7 −7
Adv. No. 19−03104−sgj

## SUMMONS SERVICE EXECUTED

I, Eric Zukoski

of** Quilling, Selander, Lownds, Winslett & Moser, P.C.

certify:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and all times during service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made;

That on the 13th day of May, 2019 I served a copy of the within summons, together with the complaint filed in this proceeding, on

Raheel Bhai

the defendant in this proceeding, by {describe here the mode of service}

Mail Service: Regular, first class United States mail, postage fully pre-paid and by certified mail, return receipt requested nos. 9314 8699 0430 0059 1255 12 and 9314 8699 0430 0059 1256 28

the said defendant at

Raheel Bhai
2216 Glacier Court
Carrollton, TX 75006

Raheel Bhai
15305 Dallas Parkway, Suite 309
Addison, Texas 75001

I certify under penalty of perjury that the foregoing is true and correct.

Executed on May 14, 2019        _____
           (Date)                          (Signature)

** 2001 Bryan Street, Suite 1800, Dallas, Texas 75201
  *State mailing address*