IN THE UNITED STATES BANKRUPTCY
COURT FOR THE NORTHERN DISTRICT OF
TEXAS DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CESAR ALCOCER and | § | CASE NO: 18-32801-sgj-7 |
| MARIA ANTONIA ALCOCER, | § | |
| | § | |
| DEBTORS | § | (Chapter 7) |
| | § | |
| SCOTT M. SEIDEL, TRUSTEE | § | |
| Plaintiff | § | |
| | § | |
| v. | § | ADV. PROC. NO. 19-03104-sgj |
| | § | |
| ROZMEEN BHAI, ISMAIL BHAI, | § | |
| AND RAHEEL BHAI, | § | |
| Defendants | § | |

**ORDER GRANTING DEFENDANTS' ROZMEEN BHAIL,
ISMAIL BHAI, AND RAHEEL BHAI'S
MOTION TO DISMISS
PLAINTIFF'S ORIGINAL COMPLAINT**

CAME ON FOR CONSIDERATION, upon due and proper notice, the Defendants' Motion to Dismiss Plaintiff's Original Complaint (the "Motion"). The Court, having considered the Motion, any responses and objections thereto, the representations of the parties, and the documents filed in

this case, finds that the Motion has merit and should be granted.  The Court therefore **ORDERS:**

 (1) The Motion is **GRANTED**; and

 (2) The Complaint is **DISMISSED.**

### END OF ORDER ###

Order submitted by:

Frances A. Smith SBN 24033084
ROSS & SMITH, PC
700 North Pearl Street, Suite 1610
Dallas, Texas 75201
(214) 377-7879 Telephone
(214) 214-593-4976
Frances.smith@judithwross.com
**ATTORNEY FOR DEFENDANTS**